```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12712
   TAMARRA K JAMES JORDAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8882


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/19/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
T MOBILE                   UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          619.16           .00            .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED         2886.25           .00            .00
BERWYN MRI CENTER          UNSECURED       NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
IQ TELECOM                 UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1168.35           .00            .00
ASPIRE VISA                UNSECURED       NOT FILED           .00            .00
PEOPLES GAS                UNSECURED       NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED           .00            .00
PEAK 5                     UNSECURED        14422.74           .00            .00
RWDS660 DSB                UNSECURED       NOT FILED           .00            .00
T MOBILE                   UNSECURED       NOT FILED           .00            .00
WOODLAWN ORGANIZATION      UNSECURED       NOT FILED           .00            .00
VESTA PROPERTY MGMT        NOTICE ONLY    NOT FILED           .00            .00
WACHOVIA DEALER SERVICES   SECURED VEHIC   13790.00           .00         625.00
WACHOVIA DEALER SERVICES   UNSECURED          230.35           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,493.00                     1,452.92
TOM VAUGHN                 TRUSTEE                                        167.08
DEBTOR REFUND              REFUND                                         290.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,535.00

PRIORITY                                               .00
SECURED                                             625.00
UNSECURED                                              .00
ADMINISTRATIVE                                    1,452.92
TRUSTEE COMPENSATION                                167.08
DEBTOR REFUND                                       290.00
                          ---------------    ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12712 TAMARRA K JAMES JORDAN
```

TOTALS                                    2,535.00                2,535.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |